FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0072

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0072

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TYLER FREDERICK ERICKSON,

    Defendant and Appellant.

---

**O R D E R**

FILED

FEB 20 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Tyler Frederick Erickson moves this Court for appointment of counsel in his appeal. As grounds, Erickson states that he was convicted of a crime for which incarceration is likely. He adds that while he retained counsel for his underlying criminal proceeding, he is now indigent and financially unable to afford to hire private counsel to assist him.

Erickson includes a copy of the December 6, 2023 Lake County District Court Judgment where the court imposed a sixty-year prison sentence and designated Erickson a persistent felony offender.

Erickson has recent convictions and sentences. He may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Erickson's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any other necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Tyler Frederick Erickson personally.

DATED this 20 day of February, 2024.

For the Court,

By: _____
    Chief Justice